UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF : Magistrate No. 09-489-M-01
Search Warrant Executed at :
2123 10th Street NW : UNDER SEAL
Washington, DC 20001 :

**FILED**

OCT 8 - 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the government's motion to unseal the affidavit for the search warrant and all related matter in the above-captioned case, it is this ___8th___ day of _October_, 2009,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and this case is hereby unsealed.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Jenny C. Ellickson
Trial Attorney
United States Department of Justice
Computer Crime and Intellectual Property Section
1301 New York Avenue NW, Suite 600
Washington, D.C. 20530

Joseph Springsteen
Trial Attorney
U.S. Department of Justice
Computer Crime and Intellectual Property Section
1301 New York Ave. NW, Suite 600
Washington, D.C. 20530